**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| STATON TECHIYA, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 2:23-CV-00319-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF AND DEFENDANTS TO COMPLY WITH LOCAL PATENT RULES 3-1 AND 3-2 (INFRINGEMENT CONTENTIONS), LOCAL PATENT RULES 3-3 AND 3-4 (INVALIDITY CONTENTIONS) AND THE COURT'S STANDING ORDER REGARDING SUBJECT-MATTER ELIGIBILITY CONTENTIONS DUE DATES**

Plaintiff Staton Techiya, LLC and Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. (collectively, the "Parties"), file this Joint Motion for Extension of Time for Plaintiff and Defendants to Comply with Local Patent Rules 3-1 and 3-2 (Infringement Contentions), Local Patent Rules 3-3 and 3-4 (Invalidity Contentions), and the Court's Standing Order Regarding Subject-Matter Eligibility Contentions Due Dates and show the Court as follows:

1.      On October 31, 2023, the Court issued an Order that this case is set for a scheduling conference in Marshall, Texas on December 4, 2023 at 10:00 a.m. before the Honorable Rodney Gilstrap and ordered a schedule of deadlines in effect until further order of the Court.  (Dkt. No. 14.)

2.      Pursuant to that Order, the deadline for the Plaintiff to comply with P.R. 3-1 & 3-2 (Infringement Contentions) is November 20, 2023, and Defendants to comply with P.R. 3-3 & 3-4 (Invalidity Contentions) and the Court's Standing Order Regarding Subject-Matter Eligibility Contentions is January 16, 2024.  The Parties have scheduling conflicts as a result of a co-pending related case currently set for trial in December and therefore respectfully request an extension of the following deadlines:

| Court Order dated October 31, 2023 (Dkt. No. 14) | Schedule of Deadlines | Current Due Date | New Due Date |
|---|---|---|---|
| 2 Weeks Before Scheduling Conference | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | November 20, 2023 | December 22, 2023 |
| 6 Weeks After Scheduling Conference | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | January 16, 2024 | February 16, 2024 |
| 6 Weeks After Scheduling Conference | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | January 16, 2024 | February 16, 2024 |

3.      The Parties continue to meet and confer and are in agreement that the above requested extensions will not affect the Court's conference scheduled for December 4, 2023.

WHEREFORE, the Parties respectfully request that the extension of time for Plaintiff and Defendants to comply with Local Patent Rules 3-1 & 3-2, Local Patent Rules 3-3 & 3-4, and the Court's Standing Order Regarding Subject Matter Eligibility Contentions, and that the due dates be extended up to and including December 22, 2023, and February 16, 2024 (as referenced in the above chart).

Respectfully submitted,

DATED: November 14, 2023

/s/ Lee Yeakel
Lee Yeakel
Texas Bar No. 22148000
**KING & SPALDING LLP**
500 West Second St.
Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2041
Facsimile: (512) 457-2100
LYeakel@kslaw.com

Thomas J. Friel, Jr. (*Admitted in E.D. Texas*)
CA Bar No. 80065
**KING & SPALDING LLP**
601 S. California Ave.
Suite 100
Palo Alto, CA 94304
Telephone: (650) 457-6741
Facsimile: (650) 457-6800
tfriel@kslaw.com

James P. Brogan (*Admitted in E.D. Texas*)
CO Bar No. 32573
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
Telephone: (720) 535-2310
Facsimile: (720) 535-2300
jbrogan@kslaw.com

*Attorneys for Plaintiff Staton Techiya, LLC*

DATED: November 14, 2023

/s/ Melissa R. Smith (with permission)
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) that the relief requested in this motion is joint.

*/s/ Lee Yeakel*
Lee Yeakel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of November 2023.

*/s/ Lee Yeakel*
Lee Yeakel