# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | Case No. 2:23-cv-00319-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for extension of Time filed by Plaintiff Staton Techiya, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 17**. After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline to comply with P.R. 3-1 & 3-2 is extended to December 22, 2023. It is

**FURTHER ORDERED** that the deadline to comply with P.R. 3-3 & 3-4 is extended to February 16, 2024. It is

**FURTHER ORDERED** that the deadline to comply with standing order regarding subject-matter eligibility contentions is extended to February 16, 2024.

**SIGNED this 20th day of November, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE