## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| STATON TECHIYA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:23-cv-00319-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | | |

## ORDER

Before the Court is the Joint Motion for extension of Time filed by Plaintiff Staton Techiya, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 26**. After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline to comply with P.R. 3-1 & 3-2 is extended to January 22, 2024. It is

**FURTHER ORDERED** that the deadline to comply with P.R. 3-3 & 3-4 is extended to March 18, 2024. It is

**FURTHER ORDERED** that the deadline to comply with standing order regarding subject-matter eligibility contentions is extended to March 18, 2024.

**SIGNED this 17th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE