# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:23-cv-00319-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Comply with Section 3(a)(i) of the Discovery Order filed by Plaintiff Staton Techiya, LLC. **Dkt. No. 60.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Techiya's deadline to comply with P.R. 3-1 and Section 3(a)(i) of the Discovery Order is June 7, 2024. It is

**FURTHER ORDERED** that Defendants' deadline to comply with P.R. 3-3 and Section 3(a)(ii) of the Discovery Order is August 6, 2024.

**SIGNED this 28th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE