IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STATON TECHIYA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | Civil Action No. 2:23-cv-00319<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR LEAVE TO SUPPLEMENT INFRINGEMENT AND
INVALIDITY CONTENTIONS AND EXTENSION OF TIME
TO SERVE CONTENTIONS**

Plaintiff Staton Techiya, LLC ("Techiya") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") jointly move the Court to grant the parties additional time for Techiya to serve its supplemental P.R. 3-1 Infringement Contentions and for Samsung to serve its supplemental P.R. 3-3 Invalidity Contentions. Dkt. 33 at 3(a)(ii), as well as leave for Samsung to also include in its contentions additional derivation and inventorship invalidity theories consistent with its amended pleadings filed on September 19, 2024.

In support of their Motion, Techiya and Samsung state as follows:

1. On August 6, 2024, the Court granted Techiya leave to amend its P.R. 3-1 disclosures to serve supplemental claim charts for the newly accused Buds FE, Buds3, and Buds3 Pro Accused Products, and for Samsung to serve supplemental invalidity contentions (pursuant to Section 3(a)(ii) of the Discovery Order), but not limited to "only those claim elements identified as software limitations." *See* Dkt. 75.

2. On August 13, 2024, Techiya served its amended P.R. 3-1 disclosures on Samsung.

1

3. On September 6, 2024, Samsung informed Techiya that source code for the Buds FE, Buds3, and Buds3 Pro Accused Products is available for inspection.

4. Techiya has not yet completed its review of Samsung's produced source code.

5. On September 19, 2024, Samsung filed its First Amended Answer and Counterclaims in accordance with the Docket Control Order.

6. On September 24, 2024, Samsung informed Techiya that it intended to seek leave from the Court to update its invalidity contentions to address additional derivation and inventorship invalidity theories consistent with the amended pleadings filed on September 19.

7. On September 27, 2024, Techiya requested an extension to its deadline to supplement its infringement contentions in accordance with the Discovery Order to allow for more time to review Samsung's source code.

8. To avoid burdening the Court with unnecessary disputes, and without waiving its right to challenge the sufficiency of any forthcoming contentions, Samsung has agreed that it will not oppose Techiya's request for an extension of two weeks for Techiya to comply with P.R. 3-1. Consistent with the schedule set forth in Dkt. 75, the parties have also agreed that the deadline for Samsung to serve its invalidity contentions supplement that is not limited to "only those claim elements identified as software limitations" should also be extended by two weeks. Further, Techiya has agreed that Samsung's contentions can also be updated to address derivation and inventorship theories consistent with the amended pleadings filed on September 19.

9. The parties agree that the schedule set forth below will not impact any upcoming deadlines set forth in the Docket Control Order.

WHEREFORE, Techiya and Samsung respectfully request that the Court grant leave for the parties to amend their P.R. 3-1 and 3-3 disclosures in accordance with the following timeline:

| Deadline | Date |
|---|---|
| Court grants leave to the present Motion. | n/a |
| Techiya to serve supplemental infringement claim charts for Buds FE, 3, and 3 Pro products (pursuant to the Discovery Order, Dkt. 33 at 3(a)(i)). | October 21, 2024 |
| Samsung to serve supplemental invalidity contentions not limited to "only those claim elements identified as software limitations" and including additional derivation and inventorship theories | November 20, 2024 |

Dated: October 7, 2024                                              Respectfully submitted,

/s/ *Thomas J. Friel, Jr.*                                           /s/ *Peter J. Evangelatos*
Thomas J. Friel, Jr.                                                 Peter J. Evangelatos

Lee Yeakel                                                           Melissa Smith
Texas Bar No. 24034203                                               State Bar No. 24001351
KING & SPALDING LLP                                                  1351 GILLAM & SMITH, LLP
500 West Second St. Suite 1800                                       303 South Washington Avenue
Austin, Texas 78701                                                  Marshall, Texas 75670
Telephone: (512) 457-2041                                            Telephone: (903) 934-8450
Facsimile: (512) 457-2100                                            Facsimile: (903) 934-9257
Email: LYeakel@kslaw.com                                             Email: melissa@gillamsmithlaw.com

Thomas J. Friel, Jr. (*Admitted in EDTX*)                            Gregory S. Arovas (*pro hac vice*)
CA Bar No. 80065                                                     Todd M. Friedman (*pro hac vice*)
KING & SPALDING LLP                                                  Alex R. Henriques (*pro hac vice*)
601 S. California Ave. Suite 100                                     Peter J. Evangelatos (*pro hac vice*)
Palo Alto, CA 94304                                                  KIRKLAND & ELLIS LLP
Telephone: (650) 457-6741                                            601 Lexington Avenue
Facsimile: (650) 457-6800                                            New York, NY 10022
Email: tfriel@kslaw.com                                              Telephone: (212) 446-4800

James P. Brogan (*Admitted in EDTX*)
CO Bar No. 32573
Roy Falik
Texas Bar No. 24131982
KING & SPALDING LLP
1401 Lawrence Street Suite 1900
Denver, CO 80202
Telephone: (720) 535-2310
Facsimile: (720) 535-2300
Email: jbrogan@kslaw.com
Email: rfalik@kslaw.com

Ojeiku C. Aisiku (*Admitted in EDTX*)
NY Bar No. 5353669
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: oaisiku@kslaw.com

*Attorneys for Plaintiff Staton Techiya LLC*

Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: todd.friedman@kirkland.com
Email: alex.henriques@kirkland.com
Email: peter.evangelatos@kirkland.com

Edward C. Donovan (*pro hac vice*)
Sean M. McEldowney (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: edonovan@kirkland.com
Email: smceldowney@kirkland.com

Nikhil Krishnan (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: nikhil.krishnan@kirkland.com

*Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics Co. America, Inc.*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served or delivered electronically via the U.S. District Court ECF filing system to all counsel of record on this 7th day of October, 2024.

/s/ *Thomas J. Friel, Jr.*
Thomas J. Friel, Jr.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Techiya met and conferred with counsel for Samsung. Counsel for Samsung indicated that they are in support of this motion.

/s/ *Thomas J. Friel, Jr.*
Thomas J. Friel, Jr.
