# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STATON TECHIYA, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:23-cv-00319-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Parties' Joint Motion for Leave to Supplement Infringement and Invalidity Contentions filed by Plaintiff Staton Techiya, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. No. 89.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is therefore **ORDERED** that the deadline for Techiya to serve supplemental infringement claim charts addressing source code claim limitations for the Buds FE, Buds 3, and Buds 3 Pro products is extended to October 21, 2024.

And **FURTHER ORDERED** that the deadline for Samsung to serve supplemental invalidity contentions not limited to "only those claim elements identified as software limitations" and addressing additional inventorship and derivation theories is extended to November 20, 2024.

**SIGNED this 10th day of October, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE